UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-CV-20519-JEM

LEROY M. LINCOLN,

    Plaintiff,

v.

NORWEGIAN CRUISE LINE
HOLDINGS, LTD., and NCL (BAHAMAS)
LTD., A BERMUDA COMPANY,

    Defendants.
_____/

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that the Undersigned Counsel, RONALD D. RODMAN, ESQ., and the Law Firm of FRIEDMAN, RODMAN, FRANK & ESTRADA P.A. hereby appear as Counsel for Plaintiff, LEROY M. LINCOLN, in the above-styled cause. All parties are hereby requested to take notice and to serve copies of any and all pleadings, notices and pertinent documentation in this cause upon the Undersigned Counsel as follows:

    Ronald D. Rodman, Esq.
    FRIEDMAN, RODMAN, FRANK & ESTRADA, P.A.
    3636 West Flagler Street
    Miami, Florida 33135
    Email: ronrod@frflawgroup.com
    Email: lgeraghty@frflawgroup.com
    Email: frflawservice@gmail.com
    Email: gsanchez@frflawgroup.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties by electronic transmission through the Court's CM/ECF system on all parties entitled to received notice via the Court's CM/ECF noticing system on this 14th day of February, 2023.

        **FRIEDMAN, RODMAN FRANK & ESTRADA, P.A.**
        Attorneys for Plaintiff
        3636 West Flagler Street
        Miami, FL 33135
        T. 305-448-8585
        F. 305-448-9818
        E-mail Address: ronrod@frflawgroup.com ;
        gsanchez@frflawgroup.com ; frflawservice@gmail.com ;
        lgeraghty@frflawgroup.com

        BY: s/Ronald Rodman
            RONALD D. RODMAN, ESQ.
            F.B.N. 664332