UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-CV-20519-JEM

LEROY M. LINCOLN,

    Plaintiff,

v.

NORWEGIAN CRUISE LINE
HOLDINGS, LTD., and NCL (BAHAMAS)
LTD., A BERMUDA COMPANY,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF RELATED CASE

COMES NOW, Plaintiff, LEROY M. LINCOLN, by and through the undersigned counsel,. and does hereby provide this Notice of a Related Case for the instant action under the case style of *Leroy M. Lincoln. vs. Norwegian Cruise Line Holdings, Ltd. et al.,* and case number of 2023-000427-CA-01, filed on January 10, 2023 and pending before the Eleventh Judicial Circuit Court, in and for Miami-Dade County, Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March , 2023, a true and correct copy of the foregoing Notice of Related Case was electronically filed with the Clerk of Court and furnished via CM/ECF to all Counsel of Record listed in the below Service List.

**FRIEDMAN, RODMAN FRANK & ESTRADA, P.A.**
Attorneys for Plaintiff
3636 West Flagler Street
Miami, FL 33135
T. 305-448-8585
F. 305-448-9818
E-mail Address: ronrod@frflawgroup.com ;
gsanchez@frflawgroup.com ; frflawservice@gmail.com ;
lgeraghty@frflawgroup.com

BY: s/Ronald Rodman
    RONALD D. RODMAN, ESQ.
    F.B.N. 664332

### SERVICE LIST
*Leroy M. Lincoln v. Norwegian Cruise Line Holdings, Ltd., et al.*
Case No.: 1:23-CV-20519-JEM

| | |
|---|---|
| Todd Sussman, Esq. | Ronald Rodman, Esq. |
| NORWEGIAN CRUISE LINE | FRIEDMAN, RODMAN, FRANK & ESTRADA, P.A. |
| 7665 Corporate Center Drive | 3636 West Flagler Street |
| Miami, FL 33126 | Miami, FL 33135 |
| tsussman@nclcorp.com | Ronrod@frflawgroup.com |
| jjara@nclcorp.com | lgeraghty@frflawgroup.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |