UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-CV-20519-JEM

LEROY M. LINCOLN,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A BERMUDA COMPANY,

    Defendant.
_____/

### **PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND DEFENDANT'S MOTION TO DISMISS [D.E. 13]**

COMES NOW, Plaintiff, LEROY M. LINCOLN, by and through the undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and does hereby file Plaintiff's *Unopposed* Motion for Extension of Time to Respond Defendant's Motion to Dismiss [D.E. 13] and in support thereof does state:

1. That this is a maritime negligence action that was originally filed on January 10, 2023 in State Court, before the Eleventh Judicial Circuit Court, in and for Miami-Dade County, Florida, under Case Style: *Leroy M. Lincoln. vs. Norwegian Cruise Line Holdings, Ltd. et al.,* and Case Number: 2023-000427-CA-01.

2. That thereafter, on February 9,2023, Plaintiff re-filed the matter in Federal Court

by filing his Complaint [D.E. 1] in the present case before the United States District Court for the Southern District of Florida at the insistence of Defendant.

3. That on June 19, 2023, Defendant filed its Motion to Dismiss Plaintiff's Complaint [D.E. 13], for which Plaintiff's Response is July 3, 2023.

4. However, Plaintiff is in need of additional time within which to file the Response to the Motion to Dismiss as the Associate Attorney from the Undersigned's Office who is working on this matter will be out of the country from June 22, 2023 until July 3, 2023, with limited access to the file materials for this matter. As a result thereof, Plaintiff will be unable to submit he Response in time and otherwise requires additional time to do so

5. Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b). See Fed. R. Civ. P. 6(b). Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice. See, e.g., Lizarazo v. Miami-Dade Corrections & Rehab. Dept., 878 F.3d 1008, 1012 (11th Cir. 2017) (citations omitted).

6. The extension of time is necessary in light of the fact that the Associate Attorney on this matter from the Undersigned's Office will be out of the country up through the time of the deadline for the Response, thereby preventing Plaintiff from submitting the Response in time.

7. In view of the above, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff has

demonstrated good cause to extend the time to respond to Defendant's Motion to Dismiss and respectfully requests a ten (10) day extension of the deadline for said Response to be filed, until July 13, 2023.

8. That this Motion is being made in good faith and not for the purpose of delay. Moreover, no party will be prejudiced by the relief requested in this Motion.

9. That Plaintiff's Counsel has conferred with Counsel for Defendant with respect to the relief sought in this Motion and has confirmed that Defendant has no objection to the ten (10) day extension sought herein for the filing of Plaintiff's Response to the Motion to Dismiss, until July 13, 2023.

10. A Proposed Order granting the instant unopposed Motion is attached hereto.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the requested extension of time for Plaintiff to Respond to Defendant's Motion to Dismiss [D.E. 13], up to and including July 13, 2022.

### **CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that on June 20, 2023, the Undersigned Counsel for Plaintiff, conferred with Defendant's Counsel regarding the relief requested herein. Defendant's Counsel does not oppose the requested extension of time, until July 13, 2022, to Respond to Defendant's Motion to Dismiss.

Dated: June 21, 2023.

Respectfully submitted,

                                          */s/ Ronald D. Rodman*
                                          RONALD D. RODMAN , ESQ.
                                          FLA. BAR. NO. 664332
                                          LAUREN E. GERAGHTY, ESQ.
                                          FLORIDA BAR NO. 124697

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2023, a true and correct copy of the foregoing Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [D.E. 13] was electronically filed with the Clerk of Court and furnished via CM/ECF to all Counsel of Record listed in the below Service List.

                             **FRIEDMAN, RODMAN FRANK & ESTRADA, P.A.**
                             Attorneys for Plaintiff
                             3636 West Flagler Street
                             Miami, FL 33135
                             T. 305-448-8585
                             E-mail Address: ronrod@frflawgroup.com ;
                             gsanchez@frflawgroup.com lgeraghty@frflawgroup.com

                         BY:  s/Ronald Rodman
                               RONALD D. RODMAN , ESQ.
                               FLA. BAR. NO. 664332
                               LAUREN E. GERAGHTY, ESQ.
                               FLORIDA BAR NO. 124697

                                   **SERVICE LIST**
           *Leroy M. Lincoln v. Norwegian Cruise Line Holdings, Ltd., et al*.
                           Case No.: 1:23-CV-20519-JEM

Todd Sussman, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
tsussman@nclcorp.com
jjara@nclcorp.com
*Attorneys for Defendant*